IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| THERESA WATKINS, ET AL. | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | NO. 3-11-CV-0260-M-BD |
| | § | |
| CORNELL COMPANIES, INC. | § | |
| | § | |
| Defendant. | § | |

## ORDER

After conducting a review of the pleadings, files and records in this case, and the Findings and Recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the Findings and Recommendation of the Magistrate Judge are correct, and they are hereby accepted as the Findings of the Court.  Defendant's motion to dismiss [Doc. #7] is granted in part and denied in part.  The claims of the following plaintiffs are dismissed with prejudice: Alfredo Avila; Jarrett Baker; Misti Dial; Judy Garcia; Montae Keller, Sr.; Dawn McGee; Debra McNeely; Amy L. Nobles; Cynthia G. Robertson; Anderson M. Roller; Jessie Sheppard; Penny J. Sims; Montie Vellert, Sr.; and Tamara Wright.  In all other respects, the motion is denied.

SO ORDERED this 11th day of January, 2012.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS