IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| THERESA WATKINS, ET AL. | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | NO. 3-11-CV-0260-M-BD |
| CORNELL COMPANIES, INC. | § § § | |
| Defendant. | § | |

## ORDER

After conducting a review of the pleadings, files and records in this case, and the Findings and Recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the Findings and Recommendation of the Magistrate Judge are correct, and they are hereby accepted as the Findings of the Court. Defendant's second motion to dismiss [Doc. #14] is granted in part and denied in part. The claims of Dudley Asaff, Eric Wayne Cowman, and Jessica Shepard are dismissed with prejudice. Because there is no just reason for delay, the court will issue a final judgment of dismissal as to these plaintiffs pursuant to Rule 54(b). Defendant's motion to dismiss is denied with respect to the claims of Lauren K. Daggs.

SO ORDERED this 16th day of February, 2012.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS